**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| NYE COUNTY ASSOCIATES, a California Limited Partnership | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-815C (Judge Charles F. Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of November 9, 2005, the parties respectfully submit this Joint Status Report to apprise the Court of the status of their continuing efforts to resolve certain closely-related cases through the Court's Alternative Dispute Resolution ("ADR") pilot program. This case is one of approximately 200 suits filed with the Court since August 6, 2004 that have either been referred to the Court's ADR program or stayed pending the ADR proceedings.

The parties continue to make good progress in their efforts pursuant to the ADR process. Counsel for the parties have been working to arrive at an approach by which many, and potentially all, of the currently pending FmHA Section 515 cases can be settled. Significant progress has been made over the last several months toward a damages model through which the settlement value of each claimant's case can be calculated. The parties have exchanged numerous sets of damages analyses over the past two months, including submissions made on November 7, 2005, November 8, 2005, and December 1, 2005. In addition, the parties have held numerous conferences among counsel, including extensive discussions that were held on November 8, 2005 and November 9, 2005.

Through these discussions and exchanges, the parties believe that they have substantially resolved their prior disagreement regarding the apparent discrepancies in the mechanics of their

respective damages models. In addition, the parties have succeeded in further narrowing the gap between their respective positions. The parties have also discussed at length certain property-specific issues that may effect the calculation of damages for many of the properties at issue.

Most recently, counsel for the parties held a face-to-face meeting on December 16, 2005, during which they discussed at length several alternatives that may enable the parties to bridge the present gap between their respective positions, and held another conference on January 6, 2006. In addition, the parties participated in a status conference with Judge Horn (the ADR judge) on November 11, 2005, and filed a Joint Status Report with Judge Horn on December 19, 2005 to report on their progress. The parties are scheduled to hold an in-person conference before Judge Horn on January 18, 2006, which the parties intend to use as a vehicle to present the Court a more detailed account of their current efforts and present information and/or argument concerning their respective views.

As noted above, the parties hope that their current efforts will produce a methodology that can be applied to the remaining cases that have been designated for ADR, and to the remaining related cases that have been stayed. In sum, the parties have been pleased with the ADR process to date and desire to continue with those efforts.

Respectfully submitted,

**s/ Jeff H. Eckland**
JEFF H. ECKLAND
Mark J. Blando, Of Counsel
Eckland & Blando LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
Tele: (612) 236-0160
Fax: (612) 236-0179
*Attorneys for Plaintiffs*

**Filed Electronically with the**
**Consent of the Attorney for Defendant**

Dated: January 9, 2006

PETER D. KEISLER
Assistant Attorney General

**s/ David M. Cohen**
DAVID M. COHEN
Director

**s/ Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 305-7643
*Attorneys for Defendant*